No. 492, Misc. CURRY *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 265, Misc. LA FEVER *v.* UNITED STATES, *ante,* p. 904. Petition for rehearing denied.

DECEMBER 27, 1960.

No. 82. COLUMBIAN FUEL CORP. *v.* SUPERIOR COURT OF DELAWARE FOR NEW CASTLE COUNTY ET AL. Certiorari, 363 U. S. 818, to the Supreme Court of Delaware. Writ of certiorari dismissed pursuant to stipulation of counsel under Rule 60 of the Rules of this Court. *Andrew B. Kirkpatrick, Jr.* for petitioner. *Howard L. Williams* for Cities Service Gås Company, respondent. *President Judge Charles L. Terry* and *Associate Judges Andrew D. Christie, James B. Carey, William J. Storey* and *Albert J. Stiftel* of the Superior Court of Delaware for New Castle County consented to the stipulation.

JANUARY 9, 1961.

No. 111. PUGACH *v.* DOLLINGER, DISTRICT ATTORNEY OF BRONX COUNTY, ET AL. Certiorari, 363 U. S. 836, to the United States Court of Appeals for the Second Circuit. The motion of the New York Civil Liberties Union et al. for leave to file brief, as *amici curiae,* is granted. *Emanuel Redfield* on the motion.